**Order entered August 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00709-CR

**LARRY EARL LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-51334-R**

## ORDER

The Court **GRANTS** court reporter Joseph E. Phillips's motion for extension of time to file the reporter's record.

We **ORDER** Mr. Phillips to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     ADA BROWN
          JUSTICE